IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00941-WYD-KMT

NANCY LODGE,

    Plaintiff,

v.

WELTMAN, WEINBERG & REIS CO., L.P.A., an Ohio professional corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated:  May 12, 2014.

                                      BY THE COURT:

                                      /s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE